JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY OLIVER, ) | **Case No.: 13-cv-00995-JVS-RNB** |
| ) | |
| Plaintiff, ) | **Assigned to: Hon. James V. Selna** |
| v. ) | |
| ) | **JUDGMENT** |
| ALLIED INTERSTATE, LLC f/k/a ) | |
| ALLIED INTERSTATE, INC., ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDRED, ADJUDGED AND DECREED THAT:

Pursuant to the September 24, 2013 Fed. R. Civ. Proc. 68 Offer of Judgment of Defendant, Allied Interstate LLC f/k/a Allied Interstate, Inc., Judgment is entered against Defendant, Allied Interstate LLC f/k/a Allied Interstate, Inc., and in favor of Plaintiff, Roy Oliver, in the principal sum of $250.00 and Plaintiff, Roy Oliver, shall recover his reasonable attorney's fees and costs, to be determined by the Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court will retain jurisdiction over the Complaint for the purpose of determining Plaintiff's reasonable attorney's fees and costs to be included as part of this judgmenDATED: October 15, 2013

_____

HONORABLE JAMES V. SELNA

Judgment
Case No: 13-cv-00995-JVS-RNB

- 2 -